# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
   **Plaintiff,**

 **v.**              Case No. 14-CR-13

**ALVIN BROOK**
   **Defendant.**

## ORDER

**IT IS ORDERED** that defendant's motion for relief from the speedy trial act (R. 11) is **GRANTED**.

**IT IS FURTHER ORDERED** that the final pre-trial set for April 4, 2014, and the trial set for April 14, 2014, are adjourned, and the matter is set for **STATUS** on <u>**Friday, June 6, 2014, at 1:30 p.m.**</u> For the reasons stated in defendant's motion, the court finds that the ends of justice served by so continuing the case outweigh the best interests of the defendant and the public in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

Dated at Milwaukee, Wisconsin, this 27th day of February, 2014.

            /s Lynn Adelman
            _____
            LYNN ADELMAN
            District Judge